UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CURTIS L. SMITH, : CIVIL ACTION NO. 3:12-cv-524
:
    Plaintiff : (Judge Nealon)
:
v. :
:
:
:
CHARLES E. SAMUELS, JR., ET AL., :
:
    Defendants :

## ORDER

**NOW**, THIS 12th DAY OF SEPTEMBER, 2013, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' dispositive motion, (Doc. 25), is construed as solely seeking summary judgment;

2. Summary judgment is **GRANTED** in favor of Defendants BOP, Jerome Combs Detention Center and Kanakee County Detention Center in Kanakee County, Illinois, FCI-Allenwood, and FCI-Elkton on the grounds that they are not properly named Defendants;

3. BOP Director Samuels is **GRANTED** summary judgment on the basis of lack of personal involvement;

4. Summary judgment is **GRANTED** in favor of all remaining Defendants for failure of Plaintiff to exhaust administrative remedies;

5. The Clerk of Court is directed to **CLOSE** the case;

6. Any appeal from this Order will be deemed frivolous, without probable cause, and not taken in good faith.

FILED
SCRANTON

SEP 12 2013

United States District Judge

PER _____
DEPUTY CLERK